FORMER EMPLOYEES OF BLACK AND DECKER POWER TOOLS, PLAINTIFFS *v.* CHAO, U.S. SECRETARY OF LABOR, DEFENDANT

Court No. 02–00338

(Dated August 30, 2002)

## JUDGMENT

TSOUCALAS, *Senior Judge:* This Court, having received and reviewed the U.S. Department of Labor's Revised Determination on Remand whereby the plaintiffs were found to be eligible to apply for Trade Adjustment Assistance, and the plaintiffs having stated that no response to the Revised Determination on Remand will be submitted by them, it is hereby

ORDERED that the Revised Determination on Remand filed by the Department of Labor on August 26, 2002, is affirmed in its entirety; and it is further

ORDERED that this case is dismissed.